THOMAS J. WATSON, Respondent, v. UNION NATIONAL BANK OF SCHENECTADY, Appellant.— Judgment unanimously affirmed, with costs. Whitmyer, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARQUIS CURTIS, Appellant, v. HARRY M. KAISER, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Order unanimously affirmed.

In the Matter of the Application of GEORGE W. ADAMS and Others, Petitioners, for a Certiorari Order against MARK GRAVES and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of Matter of Lee v. Gilchrist (215 App. Div. 576; affd., 244 N. Y. 514); People ex rel. Speyer v. Gilchrist (219 App. Div. 155; affd., 245 N. Y. 609); People ex rel. Gwathmey v. State Tax Commission (221 App. Div. 812; affd., 251 N. Y. 545); People ex rel. Bass v. Loughman (244 id. 513).

ANDREW POLOGA, Respondent, v. MAX HYMAN, Appellant.— Judgment unanimously affirmed, with costs, on the authority of Voorhies v. Cummings (42 App. Div. 260).

EDWARD ABARE, as Executor, etc., of JOHN ABARE, Deceased, Respondent, v. ALICE PIERCE, Appellant.— Judgment and order unanimously affirmed, with costs.

MARY HALLENBECK, Respondent, v. HENRIETTA GRIFFITH, Appellant, and Others, Defendants.— Interlocutory judgment affirmed, with costs. All concur, except Hill, J., who dissents and votes for reversal on the law and for dismissal of the complaint on the ground that the finding of the jury establishes the defendant had an equitable lien on plaintiff's interest in the real estate sought to be partitioned. (McGillis v. McGillis, 154 N. Y. 532; Leary v. Corvin, 181 id. 222; Sinclair v. Purdy, 235 id. 245.)

CHESTER BILLINGS, as Executor, etc., of HENRY B. BILLINGS, Deceased, Respondent, v. GERALD BACON, Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of Proceedings under the Grade Crossing Elimination Act to Eliminate the DELAWARE AND HUDSON PONY FARM CROSSING and the DELAWARE AND HUDSON CRANDALL CROSSING in the Towns of Oneonta and Otsego, Otsego County (Case 4753) and WEST ONEONTA ROAD DELAWARE AND HUDSON CROSSING in the Town of Oneonta (Case 4909).— Order unanimously affirmed, without costs.

JOHN W. LAUTS, Respondent, v. AVON HOLDING CORPORATION, Appellant, and Another, Defendant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SCHENKEL, Appellant.— Withdrawn.

In the Matter of the Application of EMMITT RHYNEHART, Petitioner, for a Mandamus Order against ALBERTA SPAULDING, Respondent.— Order unanimously affirmed, with costs. [137 Misc. 820.]

ANNA MAY BAGINSKI, an Infant, by KATHRYN BAGINSKI, Her Guardian ad Litem, Respondent, v. SULO LASKO, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs.